```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         JUL 12 2011

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                     DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>FRED JAVIER GONZALEZ INSURANCE AGENCY, a California corporation, FRED JAVIER GONZALEZ, an individual<br><br>Defendants. | Case No.: CV09-06270 GHK (Ex)<br><br>Assigned to: Honorable George H. King<br>Courtroom 650<br><br>[~~PROPOSED~~] ORDER CONCERNING TREATMENT OF CONFIDENTIAL INFORMATION<br><br>[Filed concurrently with Joint Stipulation On Protective Order]<br><br>Complaint:         August 27, 2009<br>First Amended<br>Complaint:         August 28, 2009<br>Counter-complaint: September 21, 2010 |
| FRED JAVIER GONZALEZ INSURANCE AGENCY, a California corporation, FRED JAVIER GONZALEZ, an individual,<br><br>Counterclaimants,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation, GEICO GENERAL INSURANCE COMPANY, a Maryland corporation, GEICO INDEMNITY COMPANY, a Maryland corporation, GEICO CASUALTY COMPANY, a Maryland corporation, INTERNATIONAL INSURANCE UNDERWRITERS, INC., a Maryland corporation, INSURANCE COUNSELORS, INC., a Maryland corporation, JOHN "JAY" SNEAD, an | |

LEGAL02/30938748v1

| | |
|---|---|
| 1 | individual, and BERKSHIRE HATHAWAY, a Nebraska corporation, |
| 2 | Counterclaim-Defendants. |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    **GOOD CAUSE EXISTS FOR THIS ORDER:** Plaintiff Government Employees Insurance Company and Counter-Defendants Government Employees Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, International Insurance Underwriters, Inc., Insurance Counselors, Inc., and John "Jay" Snead (collectively "Counter-Defendants") and Defendants and Counter-Claimants Fred Javier Gonzalez Insurance Agency and Fred Javier Gonzalez (collectively "Counterclaimants") assert that they possess confidential, commercial and proprietary information in the form of trade secrets or other business, privileged, and/or technical information, as well as information protected by privacy laws, to be produced in this action. Counter-Defendants and Counterclaimants, referred to collectively herein as the "Parties," desire to limit disclosure and prevent the use of such information for purposes other than the above-captioned action.

**WHEREFORE, IT IS HEREBY ORDERED THAT:**

1. All information disclosed by any party in response to discovery requests or produced in connection with their Rule 26 disclosures shall be used solely for the purpose of prosecuting or defending this litigation and may not be used for any other purpose by the Parties.

2. Any document or other information which is designated as "Confidential" shall be subject to the following additional restrictions. Furthermore, in addition to any document or other information specifically designated as Confidential, all information produced in discovery regarding Counter-Defendants' training materials, sales manuals, sales and advertising methods, proprietary computer systems and programs, and other commercially valuable information, as well as information that the Parties may possess that is protected by privacy laws, to the extent such private information is otherwise discoverable, shall be deemed Confidential and subject to the following additional restrictions.

3. Upon completion of this case, each party and its counsel of record

1

LEGAL02/30938748v1

1 | shall return all documents designated "Confidential" and all documents containing
2 | Confidential information, including copies and compilations thereof, to the party who
3 | produced them or to that party's attorney of record.

4. The Parties may not use or disclose to others (excepting their counsel of record and essential non-attorney staff of the law firms of counsel of record and witnesses retained by or retained for the Parties to testify in this Action) any Confidential documents or information obtained in this case. Should any consultant or expert witness be retained or considered for this case, he or she must sign a copy of the document attached as "Exhibit A" to the Joint Stipulation prior to receipt of such list, Confidential documents or information contained therein, agreeing to be bound by this Confidentiality Agreement.

5. Any material designated as "Confidential" contained in any document filed with the Court shall be filed under seal in the manner consistent with the requirements of this Court's rules for filing documents under seal.

6. By agreeing to this Confidentiality Agreement, the Parties do not concede to the confidentiality of any of the Confidential documents for any purpose other than this litigation.

7. The Parties do not waive their right to amend and supplement this Confidentiality Agreement for purposes of addressing other documents that are produced by the Parties.

8. This Agreement governs use of Confidential documents and information during the discovery and pretrial phases of this litigation.

///
///
///

The Parties may address, at a later time, the potential use of Confidential documents and information for purposes of trial.

**IT IS SO ORDERED.**

DATED: 7/12/11

Honorable ~~George H. King~~
~~United States District Judge~~
Charles F. Eick
United States Magistrate Judge

Respectfully submitted by,

KURT OSENBAUGH
ELIZABETH A. SPERLING
**ALSTON + BIRD LLP**

/s/ Elizabeth A. Sperling
Elizabeth A. Sperling
Attorneys for Plaintiff Government Employees Insurance Company and Counter-Defendants Government Employees Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company, GEICO Casualty Company, International Insurance Underwriters, Inc., Insurance Counselors, Inc., and John "Jay" Snead

JARRETT A. GREEN
**NEXUS LAW GROUP**

/s/ Jarrett A. Green
Jarrett A. Green
Attorneys for Defendants and Counter-Claimants Fred Javier Gonzalez Insurance Agency and Fred Javier Gonzalez

3

LEGAL02/30938748v1